# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 27, 2023

Lyle W. Cayce
Clerk

————————

No. 22-50158

————————

B.W., *a minor*, BY NEXT FRIENDS M.W. and B.W., *formerly known herein as* JON AISD DOE,

*Plaintiff—Appellant*,

*versus*

AUSTIN INDEPENDENT SCHOOL DISTRICT,

*Defendant—Appellee.*

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-750

———————————————————————

## ON PETITION FOR REHEARING EN BANC

(Opinion January 9, 2023, 22-50158, 2023 WL 128948)

Before RICHMAN, *Chief Judge*, and JONES, SMITH, STEWART, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON, WILLETT, HO, DUNCAN, ENGELHARDT, OLDHAM, WILSON, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs. Pursuant to 5th Circuit Rule 41.3, the panel opinion in this case dated January 9, 2023, is VACATED.